THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **SYMBOLGY INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**G4S SECURE SOLUTIONS (USA), INC.,**<br><br>Defendant. | **Civil Action No. 1:18-cv-20332-CMA**<br><br>**JURY TRIAL DEMANDED** |

## JOINT SCHEDULING REPORT

Plaintiff Symbology Innovations, LLC and Defendant G4S Secure Solutions (USA), Inc., by and through their counsel (collectively the "parties"), pursuant to Rule 16.1(b) of the Local Rules for the Southern District of Florida and the Court's Order dated March 2, 2018 (Dkt. No. 10), hereby submit this Joint Scheduling Report.

### Proposed Case Management Track

The parties propose that this case be assigned to the Standard Track, but be given a two-tier discovery to permit the court time to issue a claim construction order before the parties undergo expert discovery.

### Scheduling Conference Report

The parties submit the following report regarding matters outlined in Local Rule 16.1(b)(2):

**(A) Likelihood of Settlement:**

The parties are discussing settlement and currently believe it is likely the case will be settled.

**(B) Likelihood of Appearance of Additional Parties:**

The parties do not currently anticipate that there will be any additional parties.

**(C) Proposed Time Limits:**

For specific proposed time limits, see Exhibit A hereto (Joint Proposed Order). Because this is a patent infringement case involving four patents, a two-tier discovery schedule is proposed, along with a schedule for briefing the claim construction issues specific to the asserted patents.

**(D) Proposals to Simplify Issues and Summary Judgment:**

This is a patent infringement case and the parties anticipate the need for a claim construction hearing, the possible preliminary motion practice on the issue of patentable subject matter and the possibility that infringement and validity issues may be resolved through summary judgment.

**(E) Desirability of Pleading Amendments:**

The parties anticipate that there is a possibility of amended pleadings after conducting initial discovery.

**(F) Evidentiary Issues:**

The parties will work together to agree on the admissibility of evidence and stipulations of fact to simplify the case and will supplement this response as part of that process.

**(G) Avoidance of Unnecessary Proof and Cumulative Evidence:**

The parties will work together to avoid such proof and evidence.

**(H) Referral to Magistrate or Master:**

The parties do not believe that referral is necessary or desirable at this time. The parties do not object to the referral of discovery disputes to the paired Magistrate Judge.

**(I) Estimated Trial Time:**

Three to five days

**(J) Requested Dates for Conference and Trial:**

See Exhibit A hereto (Joint Proposed Order).

**(K) Information Relevant to Setting Conference:**

None at this time.

Date: March 23, 2018.

Respectfully submitted,

| | |
|---|---|
| */s/ Alex J. Whitman*<br>Thomas C. Wright<br>  *Admitted Pro Hac Vice*<br>Alex J. Whitman<br>  Florida Bar No. 86276<br>Cunningham Swaim, LLP<br>7557 Rambler Road, Suite 400<br>Dallas, TX 75231<br>Telephone: (214) 646-1495<br>Fax: (214) 613-1163<br>twright@cunninghamswaim.com<br>*Attorney for Plaintiff*<br>*Symbology Innovations LLC* | /s/*Floyd B. Chapman*<br>Floyd B. Chapman<br>  Florida Bar No. 982377<br>  fchapman@wileyrein.com<br>Wiley Rein LLP<br>1776 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.719.7000<br>Facsimile: 202.719.7049<br><br>*Attorney for Defendant*<br>G4S SECURE SOLUTIONS (USA), INC. |

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 23rd day of March 2018.

                                                   */s/ Alex J. Whitman*
                                                   Alex J. Whitman